IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:00CR111 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| JONATHON E. NEWSON, | ) ) ) | |
| Defendant. | ) | |

Before the court is defendant's pro se Motions for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing Nos. 53 and 56). The court notes that on March 28, 2008, defendant's court-appointed attorney filed a Motion to Reduce Sentence Pursuant to Crack Cocaine Amendment 706 (Filing No. 48) and an accompanying brief (Filing No. 49), and on March 26, 2008, this court entered an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c)(2), which reduced defendant's previously imposed sentence to the applicable 10-year statutory mandatory minimum sentence. Therefore, the court finds that this matter has previously been ruled upon.

IT IS ORDERED:

1. That defendant's pro se Motions for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 53 and 56) are denied as moot.

2. Court-appointed counsel's Motion to Withdraw (Filing No. 55) is granted.

DATED this 14th day of April, 2008.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge